**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Martinez-Canterar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 08CR0672-BEN |
| Plaintiff,                      ) | |
| v.                              ) | JOINT MOTION TO CONTINUE HEARING |
| **GERARDO MARTINEZ-CANTERAR**,  ) | |
| Defendant.                      ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Martinez-Canterar, along with Assistant United States Attorney Carla Bressler, that the sentencing hearing in the above-mentioned case should be continued from June 9, 2008 at 9:00 a.m. until June 23, 2008 at 9:00 a.m.

**SO STIPULATED.**

Dated: June 5, 2008      */s/ Shaffy Moeel*
                        SHAFFY MOEEL
                        Federal Defenders of San Diego, Inc.
                        Attorneys for Mr. Martinez-Canterar

Dated: June 5, 2008      */s/ Carla Bressler*
                        CARLA BRESSLER
                        Assistant United States Attorney

08CR0672

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Carla Bressler**
Carla.Bressler@usdoj.gov

Dated: June 5, 2008                    /s/ Shaffy Moeel
                                       SHAFFY MOEEL
                                       Federal Defenders of San Diego, Inc.
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       e-mail: Shaffy_Moeel@fd.org

08CR0672